## STATE OF CONNECTICUT *v.* TERRELL LEDBETTER

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 41 Conn. App. 391 (AC 13306/13407), is granted, limited to the following issue:

"Does the persistent felony offender statute, General Statutes § 53a-40 (d), apply when a defendant pleads guilty to two separate charges in the same proceeding?"

The Supreme Court docket number is SC 15480.

*James M. Ralls*, assistant state's attorney, in support of the petition.

*Dina S. Wenger* and *Linda S. Morkan*, special public defenders, in opposition.

Decided July 8, 1996